UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:22-CV-00051-JHM-HBB

**DEANGELO POLLARD**                                                                                           **PETITIONER**

**VS.**

**CRAIG HUGHS, WARDEN**                                                                                **RESPONDENT**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Petitioner's objections are overruled, and the Court adopts the Findings of Fact, Conclusions of Law, and Recommendation as set forth in the report submitted by the United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (DN 31) is **DENIED** and **DISMISSED**.[1]

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

Copies to:     Deangelo Pollard, *pro se*
               Counsel of Record

---

1 With leave of Court (DN 30), Pollard filed the Amended Petition for Writ of Habeas Corpus (DN 31), which supersedes the original petition for writ of habeas corpus (DN 1).